IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern District)

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| *Plaintiff* | * | |
| vs. | * | |
| **$259,988.61 in U.S. Currency** | * | |
| *Defendant* | * | Civil No.: 1:13-cv-02494-GLR |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## VERIFIED CLAIM ON BEHALF OF TRACI CASEY AND REQUEST TO RETURN CONFISCATED PROPERTY

Pursuant to Supplemental Rule G(5)(a) of the Federal Rules of Civil Procedure, a Verified Claim is hereby set forth by Traci Casey, who through her attorneys Anton L. Iamele and IAMELE & IAMELE, LLP and David J. Hare and HARE & WALSH, P.C., notes as follows:

1.  Claimant Traci Lynn William Casey is a citizen of the State of Maryland with a residential address of 129 Polk Street, Cumberland, Maryland. At times relevant to the instant notice, Claimant Traci Casey operated a business known as Puff & Stuff, Inc. with retail store front locations at 174 North Centre Street, Cumberland, Maryland; 130 North Mechanic Street, Cumberland, Maryland; 215B Virginia Avenue, Cumberland, Maryland; and 14401 National Highway, LaVale, Maryland. Claimant Charles Casey maintained M&T Bank Accounts ****3289, ****3364, and ****4541.

2.  On March 7, 2013, the following property was seized from Claimant Traci Casey:

    - $1,430.00 from 120 Polk Street, Cumberland, MD;

    - $1,072.41 from 215B Virginia Avenue, Cumberland, MD;

    - $1,535.00 from 14401 National Highway, LaVale, MD;

- $958.81 from 130 North Mechanic Street, Cumberland, MD;
- $232,441.99 from M&T Bank Account ****3289
- $555.18 from M&T Bank Account ****3364
- $21,995.22 from M&T Bank Account ****4541

The instant claim pertains to the total of $259,988.61in United States currency that was seized from Claimant Traci Casey.

3. In support of the pending forfeiture action, the United States has asserted that the above referenced currency (1) represents moneys, negotiable instruments or other things of value furnished and intended to be furnished in exchange for a controlled substance analogue; (2) was used or intended to be used for purposes of manufacturing, distributing, storing and using a controlled dangerous substance analogue, in violation of 21 U.S.C. §§ 856, 813 and 802(32)(A); and (3) represents property in violation of 18 U.S.C. §§ 1956 and 1957.

4. Claimant Traci Casey denies the government's allegations and asserts a legitimate and lawful interest in the subject United States Currency identified in paragraph 1.

5. Claimant Traci Casey further asserts that, in furtherance of the instant forfeiture action, that United States has disregarded due process provision of Article 3 § 2 ¶ 3, the Fifth and Sixth Amendments, and the mandatory prohibition of Article 1, Sec. 9, of the United States Constitution, against Bills of Attainder in the form of "pains and penalties" legislated under Federal authority: see Fletcher v. Peck (1810) U.S. (6 Cranch) 87, 138; Cummings v. Missouri (1867), 71 U.S. 277, 323; Selective Service v. Minn. Public Interest Research Group, 468 U.S. 841, 846-841(1983); United States v. Brown, 381 U.S.437, 447-449; Nixon v. Administrator of General Services, 433 U.S. 425, 468, 97 S.Ct. 2777, 2803, 53 L.Ed2d 867 (1977); Garner v. Los Angeles Board, 341 U.S. 716,722 (1951); Miranda v. Arizona, 384 U.S. 436, 491 (1965).

6.   Claimant Traci Casey has an interest in the property that is the subject of the instant forfeiture action as it is United States Currency that she earned, saved and acquired through lawful employment and enterprises. Furthermore, the Claimant has an interest in the property that is the subject of the instant forfeiture action as it is United States Currency that was utilized in furtherance of and derived from the lawful operation of the business known as Puff & Stuff, Inc.

7.   Claimant Charles Casey has an interest in the property that is the subject of the instant forfeiture action as it is United States Currency that he earned, saved and acquired through lawful employment and enterprises. Furthermore, Claimant Charles Casey has an interest in the property that is the subject of the instant forfeiture action as it is United States Currency that was utilized in furtherance of and derived from the lawful operation of the business known as Puff & Stuff, Inc.

## Verification of Claimant Traci Casey

I, Traci Casey, being over the age of 18, have read the foregoing Verified Claim and Request for Return of Confiscated Property, and hereby state under penalty of perjury under the laws of the United States of America that the facts stated herein are true and correct to the best of my knowledge, information, and belief.

Dated: 10/09/13

Signed: *Traci Casey*
Traci Casey

Respectfully submitted,

IAMELE & IAMELE, LLP


/s/
---
Anton L. Iamele, Federal Bar No. 14845
201 North Charles Street, Suite 700
Baltimore, Maryland 21201
Telephone: 410-779-6160
Facsimile: 410-779-6161
E-Mail: aiamele@iamelelaw.com
*Attorney for Claimants, Charles and Traci Casey*


HARE & WALSH, P.C.


/s/
---
David J. Hare, Federal Bar No. 14308
208 N. Centre Street
Cumberland, Maryland 21502
Telephone: 301-759-3833
Facsimile: 301-759-3222
E-Mail: david@harewalshlaw.com
*Attorney for Claimants, Charles and Traci Casey*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 11th day of **October, 2013**, a copy of the foregoing Verified Claim by Charles Casey was sent by way of this Court's electronic filing system and mailed with prepaid first-class postage to the following:

Stefan D. Cassella, Assistant U.S. Attorney
36 South Charles Street, Fourth Floor
Baltimore, MD 21201

/s/
Anton L. Iamele